FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK M.,<br><br>            Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br><br>            Defendant. | No.  2:23-CV-00337-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF No. 14** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 14.  Attorney Christopher H. Dellert represents Plaintiff; Special Assistant United States Attorney David J. Burdett represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to

---

[1]Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley, Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner shall:  (1) reassess Plaintiff's residual functional capacity ensuring that it is supported by substantial evidence including any evidence offered by a vocational expert; (2) offer Plaintiff the opportunity for a new hearing; (3) take any further action needed to complete the administrative record; and (4) issue a new decision.

        2. **Judgment shall be entered for PLAINTIFF**.

        3. Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

        4. An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED March 15, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2